UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| L.B., on behalf of their minor child and similarly situated others minor A.B.; et al.,<br><br>　　　　Plaintiffs – Appellees,<br><br>　v.<br><br>PREMERA BLUE CROSS,<br><br>　　　　Defendant - Appellant. | No. 25-5803<br><br>D.C. No. 2:23-cv-00953-TSZ<br>Western District of Washington, Seattle<br><br>ORDER |
| L.B.; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>PREMERA BLUE CROSS,<br><br>　　　　Defendant - Appellee. | No. 25-6143<br>D.C. No. 2:23-cv-00953-TSZ<br>Western District of Washington, Seattle |

These appeals were administratively closed. These appeals are reopened.

The briefing schedule is reset as follows: the first brief on cross-appeal is due June 3, 2026; the second brief on cross-appeal is due July 6, 2026; the third brief on cross-appeal is due August 5, 2026; the optional cross-appeal reply brief is due within 21 days from the service date of the third cross-appeal brief.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator